AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:02CR20066-001 |
| Glenn Embry ) | USM No: 04045-063 |
| Date of Previous Judgment: August 4, 2003 ) | pro se |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: ___ to ___ months     Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant is not eligible for a reduction pursuant to U.S.S.G. § 1B1.10 due to his Career Offender status pursuant to U.S.S.G. 4B1.1.

Except as provided above, all provisions of the judgment dated 08/04/2003 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 14, 2008                                    _____
                                                              Judge's signature

Effective Date: _____        MAR 1 4 2008    Honorable Robert T. Dawson, U.S. District Judge
           (if different from order date)                      Printed name and title

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK